```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
MARGARET PEGGY LEE MEAD,       )
et al.,                        )
                               )
        Plaintiffs,            )
                               )
    v.                         )    Civil Action No. 10-950 (GK)
                               )
ERIC H. HOLDER, JR., et al.,   )
                               )
        Defendants.            )
_____ )
```

## ORDER

Plaintiffs Margaret Peggy Lee Mead, Charles Edward Lee, Susan Seven-Sky, Kenneth Ruffo, and Gina Rodriguez bring this action against Defendants Eric H. Holder, Jr., Kathleen Sebelius, and Timothy F. Geithner in their official capacities and Defendants United States Department of Health and Human Services and United States Department of the Treasury. Plaintiffs seek a declaration pursuant to 28 U.S.C. §§ 2201-2202 that the individual insurance mandate of the Patient Protection and Affordable Care Act, Pub. L. No. 111-148, 124 Stat. 119 (2010), as amended by the Health Care and Education Reconciliation Act, Publ. L. No. 111-152, 124 Stat. 1029 (2010) ("Affordable Care Act" or "ACA") is unconstitutional on its face. Plaintiffs also seek injunctive relief against enforcement of the mandate.

This matter is presently before the Court on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint [Dkt. No. 15]

pursuant to Federal Rule of Civil Procedure 12(b)(6). On January 31, 2011, oral argument was heard on Defendants' Motion. Upon consideration of the Motion, Opposition, Reply, the arguments presented by the parties in open court, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint [Dkt. No. 15] is **granted**; and it is hereby

**ORDERED**, that this case is dismissed.

This is a final appealable Order subject to Federal Rule of Appellate Procedure 4. See Fed. R. App. P. 4.


February 22, 2011
/s/
Gladys Kessler
United States District Judge

**Copies to:  Attorneys of Record via ECF**